**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JANICE D. TAYLOR**                                                             **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 1:07CV255-P-D**

**CPI GROUP, INC. AND KERR MCGEE**
**CHEMICAL/TRONOX**                                               **DEFENDANTS**

**ORDER**

This cause is before the Court on the defendants' Motion to Strike Plaintiff's Motion to Proceed [22] and the defendants' contemporaneously filed Motion for Extension of Time to File a Reply in Support of Motion to Dismiss [23]. The Court, having reviewed the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

The motion to strike is not well-taken and should be denied. However, the plaintiff in this matter is hereby sternly admonished of the requirement that she comply with the Federal Rules of Civil Procedure and the Uniform Local Rules, including those provisions regarding deadlines for filing responses to pending motions. Failure to comply with those rules in the future may be cause for dismissal.

The motion for extension of time is well-taken and should be granted. Defendants are to file their reply brief in support of the pending motion to dismiss within five (5) days of the entry of this Order, or on or before June 24, 2008.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion to Strike Plaintiff's Motion to Proceed [22] is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that the defendants' contemporaneously filed Motion for Extension of Time

to File a Reply in Support of Motion to Dismiss [23] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the defendants are to file their reply brief in support of the pending motion to dismiss within five (5) days of the entry of this Order, or on or before June 24, 2008.

SO ORDERED, this the 16th day of June, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE